# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| KUWAIT & GULF LINK TRANSPORT COMPANY, KGL LOGISTICS, & KGL TRANSPORTATION CO. KSCC, | : | No. 512 MAL 2019 |
| | : | |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| Petitioners | : | from the Order of the Superior Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| JOHN DOE (A.K.A. SCOTT WILSON), | : | |
| AGILITY DGS HOLDINGS, INC., AGILITY | : | |
| DEFENSE AND GOVERNMENT | : | |
| SERVICES, INC., AND AGILITY | : | |
| INTERNATIONAL, AND AGILITY PUBLIC | : | |
| WAREHOUSING CO. KSC, AGILITY DGS | : | |
| LOGISTICS SERVICES CO. KSCC, PWC | : | |
| TRANSPORT CO. WLL, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 20th day of February, 2020, the Petition for Allowance of Appeal is **DENIED**.

     Justice Donohue did not participate in the consideration or decision of this matter.